**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2126**

MARIA S. REMINGTON,

        Plaintiff - Appellant,

    v.

JOSEPH V. DIPIERRO,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:17-cv-00374-BR)

Submitted:  February 21, 2019            Decided:  February 25, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maria S. Remington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria S. Remington appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no meritorious issue for review. Accordingly, we affirm for the reasons stated by the district court. *Remington v. Dipierro*, No. 5:17-cv-00374-BR (E.D.N.C. July 31, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
